ELIZABETH JANOCHA v. ELIZABETH NICOLOSI.

October 15, 1985.

Petition for certification denied.

JAMES A. GEHRINGER v. BOARD OF TRUSTEES OF THE DIVISION OF PENSIONS.

October 16, 1985.

Petition for certification granted and the matter is summarily remanded to the Appellate Division, Superior Court, for reconsideration in light of our decision today in *Kane v. Board of Trustees, Police and Firemen's Retirement System,* 100 *N.J.* 651 (1985).

Jurisdiction not retained.